**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | Case No. | 18-52776-mbm |
| Jimmie Q. Forrest | Chapter | 13 |
| | Judge | McIvor |

_____ Debtor(s)/

**CHAPTER 13 POST CONFIRMATION PLAN MODIFICATION**

NOW COMES Jimmie Q. Forrest, by and through his counsel, Thav Gross PC, and hereby requests to modify his confirmed plan by allowing the Debtor to retain a portion of his 2018 Federal Income Tax Refund. Specifically:

1. Debtor filed for Chapter 13 relief on September 18, 2018.

2. Debtor's Chapter 13 plan was confirmed on December 19, 2018.

3. Debtor is required to remit all Federal Income Tax Refunds to the Trustee for the duration of his.

4. Debtor has filed his 2018 Federal Income Tax Return and expects to receive a $1,597.00 refund. (A copy of Debtor(s) return has been provided directly to the Trustee in conjunction with the filing of this Pleading.)

5. Debtor requests to retain a portion of his 2018 Federal Income Tax refund for the following good cause:

   a. Debtor's vehicle requires significant auto repair in order for the Debtor to continue to operate the vehicle. Debtor needs a workable vehicle in order to travel to and from his job. The total cost for the vehicle repair is $1,361.60.

   (Estimates are attached hereto and incorporated by reference)

6. Debtors request to retain $1,361.60 of his 2018 Federal Income Tax Refund to pay for these necessary and unanticipated vehicle repair.

7. Debtor will remit the balance of his 2018 Federal Income Tax Refund in the amount of $236.00 to the Chapter 13 trustee for the benefit of the creditors.

8. Debtor is 100% paid into his plan.

9. Modification of Debtor's plan shall impact creditors, receiving payment through the Chapter 13 Trustee, as follows:

   a. Class 1 claims: Trustee Fees shall continue be paid in full in accordance to the Confirmed plan.
   b. Class 2 claims: Administrative Claims including attorney Fees and costs, shall continue to be paid in full in accordance to the Confirmed plan.
   c. Class 3 claims: Secured Claims to be stripped – not applicable.
   d. Class 4 claims: Secured Claims on which the last contractual payment is due beyond the length of the plan - paid directly by Debtors.

e.    Class 5: Secured claims on which the last payment will become due within the plan duration – shall continue be paid in full in accordance to the Confirmed plan.

f.    Class 6: Exectory Contracts- paid directly by Debtor.

g.    Class 7: Priority Unsecured claims – shall continue be paid in full in accordance to the Confirmed plan.

h.    Class 8: Separately Classified Unsecured claims – not applicable.

i.    Class 9: General Unsecured claims shall continue to be paid a total sum for distribution in an amount that is not less than the amount available in Chapter 7.

10.  Debtor's plan shall complete within the confirmed time frame.  (See attached liquidation analysis)

WHEREFORE, Debtor prays that he be allowed to retain a portion of his 2018 Federal Income Tax Refund.

**THAV GROSS PC**

Dated:  June 25, 2019                    */s/ Brian J. Small*_____
                                         Thav Gross PC
                                         Attorney for Debtor(s)
                                         Brian J. Small (P46901)
                                         Garik Osipyants (P69952)
                                         30150 Telegraph Rd., Ste. 444
                                         Bingham Farms, MI 48025
                                         248.645.1700
                                         bankruptcy@thavgross.com



# Alpha Auto Service
**State No. F163038**

22020 W. 10 Mile Rd. Southfield, MI 48033

**INVOICES: 17066**

**DATE: 2/8/2019**

☎ : (248) 809-9408
Fax : (248) 809-9409
Emergency ☎ : (248) 339-7309

| Work Order#: 6323 | | Name: JIMMY   FORREST | MILEAGE IN: |
| Cust ID: 13575 | | Company: | MILEAGE OUT: |
| VIN NO: | License PLAT: | Contact Phone: (248) 895-8839 | PHONE APPROVAL: |
| 2002   FORD   F250 | | Phone: | |

☐ OIL CHANGE   ☐ FLUSH TRANSMISSION   ☐ LUBE   ☐ FLUSH DIFF          ☐ RETAIN PARTS   ☐ DESTROY PARTS

| QTY | Code | Part Description | U. Price | Amount | Labor Description | L. Cost |
|---|---|---|---|---|---|---|
| 2 | NEW | REAR CALIPERS | $150.00 | $300.00 | R&R ALL THE PARTS LISTED AND BLEED BRAKES | $450.00 |
| 2 | NEW | REAR ROTORS | $95.00 | $190.00 | | $0.00 |
| 1 | NEW | REAR PADS | $50.00 | $50.00 | | $0.00 |
| 2 | NEW | FRONT CALIPERS | $160.00 | $320.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |
| 0 | | | $0.00 | $0.00 | | $0.00 |

**NOTE:**

| | |
|---|---|
| Shop Material: $0.00 | Total Part: $860.00 |
| Rod Service: $0.00 | TAX: 51.6 |
| Gas: $0.00 | Total Labor: $450.00 |
| DISCOUNT VALUE: $0.00 | |
| | **Total Bill: $1,361.60** |

Work Performed By:

TOLLA   M252563

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PART REPLACED, EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTURER OR DISTRIBUTOR BECAUSE OF WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU. ALL REPAIR PROPERLY PERFORMED P.A. 300

Signature: _ _ _ _ _ _ _ _ _ _ _ _



PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | PLAN CALC 3 |

Recently Accessed Cases [18-52776-MBM Jimmie Q. Forrest ▼]

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-52776-MBM | Jimmie Q. Forrest (xxx-xx-4693) | | | 4718 Hardwoods Dr • • West Bloomfield • MI • 48323 | $2,505.76 MO/ | Bar Date(s): 11/27/2018 (has passed) 3/18/2019 (has passed) |
| | | | | | | Confirmed: 12/19/2018 |
| Print Inquiry | Trustee: David Wm. Ruskin | | | Attorney: THAV GROSS PC | | Case Status: Open/Active (12/19/2023) |

The data on these pages has not been audited and is provided for general information only.

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| **ATTORNEY FEE** | | | | | | | | |
| 1 | THAV GROSS PC | $5,444.90 | | $2,500.00 | | | $2,500.00 | |
| **DEBTOR REFUND** | | | | | | | | |
| 2 | Jimmie Q. Forrest | | | | | | | |
| **EXECUTORY CONTRACT/LEASE** | | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| **CURRENT MORTGAGE** | | | | | | | | |
| 4 | FREEDOM MORTGAGE COMPANY | | | | | $1,660.83 | $61,450.71 | |
| 5 | FREEDOM MORTGAGE COMPANY | $3,635.81 | | $3,635.81 | | | $3,635.81 | |
| 6 | ADDED CREDITOR | | | | | | | |
| **Mortgage Arrears** | | | | | | | | |
| 7 | FREEDOM MORTGAGE COMPANY | $16,475.99 | | $16,475.99 | | | $16,475.99 | |
| 8 | ADDED CREDITOR | | | | | | | |
| **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| **SECURED** | | | | | | | | |
| 14 | FREEDOM MORTGAGE COMPANY | $1,150.00 | | $1,150.00 | | | $1,150.00 | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| **PRIORITY** | | | | | | | | |
| 18 | INTERNAL REVENUE SERVICE | $546.00 | | $546.00 | | | $546.00 | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |

| All Unsecured Creditors | Total Unsecured | | Percent Allowed | | Amount Allowed | |
|---|---|---|---|---|---|---|
| 21 | 57190.98 | | 1.33 | | $760.64 | |

| | | | | |
|---|---|---|---|---|
| Change Line# [  ] [OK] | Plan Terms [37] [Calc] | Unsecured % [1.33] [Calc] | Due to Creditors: $1,815.11 | $94,556.45 |
| | | | In from Debtor: $2,505.76 | $95,218.12 |

[Restart]

Trustee's % [8.5]

Lump Sum $ [2,505.00]

Delete Line [0] [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| CREATIVE BUSINE ▼ | $2,505.76 | MONTHLY ▼ | $ | ? |
| Jimmie Q. Forre ▼ | $0.00 | WEEKLY ▼ | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR ▼ | $0.00 | WEEKLY ▼ | $ | ? |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 288,000.00 | 267,121.00 | 20,879.00 | 20,879.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | 6,950.00 | 0.00 | 6,950.00 | 6,950.00 | 0.00 |
| **JEWELRY** | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| **VEHICLES** | 6,500.00 | 1,524.00 | 4,976.00 | 3,775.00 | 1,201.00 |
| **OTHER** (*itemize*) | | | | | |
| **CREATIVE BUSINESS SOLUTIONS INSTALLATION, LLC (Assets include bank account Citizens XXX1027 (balance 127.08 and equipment including drills, testers, tools, saws, cable (FMV $500.00) 100%** | 627.00 | 0.00 | 627.00 | 627.00 | 0.00 |
| **CREATIVE BUSINESS SOLUTIONS MAINTENANCE, LLC (Assets include Chase Bank Account xxx3200 (balance $158.00, snow plow, snow blower (FMV $4,000) 100 % ownership** | 4,158.00 | 0.00 | 4,158.00 | 2,419.00 | 1,739.00 |
| **OTHER (total)** | 4,785.00 | 0.00 | 4,785.00 | 3,046.00 | 1,739.00 |

| | | |
|---|---|---|
| Amount available upon liquidation | $ | 2,940.00 |
| Less administrative expenses and costs | $ | 41,189.95 |
| Less priority claims | $ | 0.00 |
| Amount Available in Chapter 7 | $ | 0.00 |

## <u>ATTACHMENT 2</u>

### CHAPTER 13 MODEL WORKSHEET
### LOCAL BANKRUPTCY RULE 3015-1(B)(2) E.D.M

1.  Proposed length of Plan: <u>**60**</u> months

2.  Initial Plan Payment:
    $**2,329.76** per month x **60** months = $**139,785.60** (subtotal)

3.  Additional Payments: $ <u> </u> per=$(subtotal) <u> </u>

4.  Lump sums payments   <u>$0.00</u>

5.  Total to be paid into Plan (total of lines 2 through 4)   <u>$139,785.60</u>

6.  Estimated disbursements other than to Class 9 General Unsecured Creditors

    a.  Estimated Trustee Fees <u>$9,784.80</u>

    b. Estimated Attorney Fees and costs through
       confirmation of plan <u>$3,500.00</u>

    c. Estimated Attorney Fees and costs post-confirmation
       through duration of Plan <u>$3,500.00</u>

    d. Estimated fees of other Professionals <u>$0.00</u>

    e. Total mortgage and other continuing secured debt
       payments <u>$108,000.00</u>

    f. Total non-continuing secured debt payments
       (including interest) <u>$0.00</u>

    g. Total priority claims <u>$0.00</u>

    h. Total arrearage claims <u>$15,000.00</u>

7.  Total disbursements other than to Class 9 General Unsecured Creditors
    (Total of lines 6.a through 6.h)   $ <u>139,784.80</u>

8.  Funds *estimated* to be available for Class 9 General Unsecured Creditors
    (Line 5 minus Line 7)   $ <u>0.80</u>

9.  Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding
    (see Liquidation Analysis on page 6)   $ <u>0.00</u>

COMMENTS:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:                                              Case No.      18-52776-mbm
Jimmie Q. Forrest                                   Chapter       13
                                                    Judge         McIvor
_____ Debtor(s)/

### ORDER MODIFYING CHAPTER 13 PLAN

Debtor(s) having filed a Proposed Chapter 13 Post Confirmation Plan Modification, all interested parties having received Notice, and all documents were served upon the Trustee and all creditors pursuant to LBR 3015-1(b) and 3015-2(b), and the Court being more fully advised;

**IT IS HEREBY ORDERED** that Debtor's plan is modified as follows:

➢ Debtor is permitted to retain $1,361.60. of his 2018 Federal Income Tax Refund,
➢ Debtor shall remit the balance of his 2018 Federal Income Tax Refund in the amount of $236.00 to the Chapter 13 trustee for the benefit of the creditors

**IT IS FURTHER ORDERED** that in all other respects the confirmed plan shall remain in full force and effect

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                    Case No.        18-52776-mbm
Jimmie Q. Forrest                                         Chapter         13
                                                          Judge           McIvor

Address:  4718 Hardwoods Dr, West Bloomfield, MI 48323

_____ Debtor(s)/

### <u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>

      The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties.  In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

        Brian J. Small,                                    David W. Ruskin
        30150 Telegraph Rd., Suite 444,                  1100 Travelers Tower
        Bingham Farms, MI 48025                        26555 Evergreen Road
                                                          Southfield, MI 48076-4251

Dated:  June 25, 2019                     */s/ Brian J. Small*_____
                                         Thav Gross PC
                                         Attorney for Debtor(s)
                                         Brian J. Small (P46901)
                                         Garik Osipyants (P69952)
                                         30150 Telegraph Rd., Ste. 444
                                         Bingham Farms, MI 48025
                                         248.645.1700
                                         bankruptcy@thavgross.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  JIMMIE Q FORREST

CASE NO: 18-52776-mbm

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 13

On 6/26/2019, I did cause a copy of the following documents, described below,

CHAPTER 13 POST CONFIRMATION PLAN MODIFICATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2019

/s/ Brian Joel Small
Brian Joel Small  P-46901
Thav, Gross, Steinway & Bennett P.C.
30150 Telegraph Rd., Suite 444
Bingham Farms, MI  48025-0000
248 645 1700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: JIMMIE Q FORREST

CASE NO: 18-52776-mbm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/26/2019, a copy of the following documents, described below,

CHAPTER 13 POST CONFIRMATION PLAN MODIFICATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian Joel Small
Thav, Gross, Steinway & Bennett P.C.
30150 Telegraph Rd., Suite 444
Bingham Farms, MI 48025-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
06452
CASE 18-52776-MBM
EASTERN DISTRICT OF MICHIGAN
DETROIT
TUE JUN 25 15-49-13 EDT 2019

1STPROGRESS1STEQUITY
PO BOX 84010
COLUMBUS GA 31908-4010

ATT MOBILITY II LLC
ATT SERVICES INC
KAREN A CAVAGNARO PARALEGAL
ONE ATT WAY SUITE 3A104
BEDMINSTER NJ 07921-2693

ATHENA J AITAS
31440 NORTHWESTERN HIGHWAY
SUITE 200
FARMINGTON HILLS MI 48334-5422

HEATHER R BURNARD
31440 NORTHWESTERN HIGHWAY
SUITE 200
FARMINGTON HILLS MI 48334-5422

COMMUNITY FINANCIAL CREDIT UNION
500 SOUTH HARVEY
PLYMOUTH MI 48170-1759

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

COMMUNITY FINANCIAL CU
PO BOX 8050
PLYMOUTH MI 48170-8050

DTE ENERGY
ONE ENERGY PLAZA
DETROIT MI 48226-1221

DTE ENERGY
ONE ENERGY PLAZA
WCB 735
DETROIT MI 48226-1221

DEPARTMENT OF HOUSING  URBAN
DEVELOPMEN
451 7TH STREET SW
WASHINGTON DC 20410-0002

DEPT OF EDNAVIENT
PO BOX 9635
WILKES BARRE PA 18773-9635

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

DEBTOR

JIMMIE Q FORREST
4718 HARDWOODS DR
WEST BLOOMFIELD MI 48323-2636

FREEDOM MORTGAGE CORP
10500 KINCAID DR
FISHERS IN 46037-9764

FREEDOM MORTGAGE CORPORATION
ATTN CASH MANAGEMENT
10500 KINCAID DRIVE
FISHERS IN 46037-9764

I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164-0378

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MERCHANTS  MEDCAL
6324 TAYLOR DR
FLINT MI 48507-4685

NAVIENT SOLUTIONS LLC ON BEHALF OF THE
DPT
NAVIENT SOLUTIONS LLC ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

OAKLAND COMMUNITY COLLEGE CO MMCC
XXX7176
6324 TAYLOR DR
FLINT MI 48507-4680

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

RCVL PER MNG
20816 44TH AVE W
LYNNWOOD WA 98036-7744

KAREN L ROWSE OBERLE
24525 HARPER AVE
SUITE TWO
ST CLAIR SHORES MI 48080-1286

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DAVID WM RUSKIN
26555 EVERGREEN RD STE 1100
SOUTHFIELD MI 48076-4251

~~EXCLUDE~~
~~BRIAN J SMALL~~
~~30150 TELEGRAPH RD~~
~~SUITE 444~~
~~BINGHAM FARMS MI 48025-4549~~

TROTT LAW
31440 NORTHWESTERN HIGHWAY SUITE 200
FARMINGTON MI 48334-5422

US DEPARTMENT OF HOUSING AND URBAN
DEVELOP
451 7TH STREET SW
WASHINGTON DC 20410-0002

US ATTORNEY
ATTN CIVIL DIVISION
211 W FORT ST STE 2001
DETROIT MI 48226-3220

UNIVERSAL CREDIT SERVI
3582 AVON ST
HARTLAND MI 48353-7707